# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DIXON WALLACE MCMAKIN

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, THOMAS
C. GALLIGAN, JR., PRESIDENT
OF LOUISIANA STATE
UNIVERSITY, ET AL.

NO.   2021 CW 1247

JANUARY 21, 2022

---

In Re:   Dixon Wallace McMakin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 709240.

---

**BEFORE:**   **GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court's September 13, 2021 judgment denying plaintiff/relator, Dixon Wallace McMakin's, request for a writ of mandamus on the basis that mandamus relief it not an available remedy, is vacated. A person may seek a writ of mandamus against a records custodian which has denied the right to obtain access to public records. See La. R.S. 44:35(A); **Misita v. St. Tammany Parish Government**, 2018-1595 (La. App. 1st Cir. 9/11/19), 286 So.3d 440, writ denied, 2019-01877 (La. 1/28/20), 291 So.3d 1060; **Hatcher v. Rouse**, 2016-0666 (La. App. 4th Cir. 2/1/17), 211 So.3d 431, writ denied, 2017-0427 (La. 4/24/17), 221 So.3d 66; **Bixby v. Arnold**, 2019-0477 (La. App. 4th Cir. 12/5/19), 287 So.3d 43.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT